# EXHIBIT 1

**Robert E. Farrell, Jr., Ph.D.**
Professor of Biology
Director of Academic Affairs
Penn State York
1031 Edgecomb Ave.
York, PA 17403
(717) 771-4052

## PRELIMINARY EXPERT REPORT

October 17, 2019

I have been asked to address the following issues:

1) Whether the methodology described in the "Clinical Trial One" sheet is reliable;

2) Whether plant stem cells in extract form can provide the benefits to hair and skin claimed by the Cel MD products;

3) Whether the published reports cited in Cel MD product line advertisements scientifically support those claims.

**BACKGROUND AND EXPERIENCE:**

I am a Professor of Biology at Penn State York, with a Ph.D. in cell and molecular biology. I am particularly qualified to opine in this case because my research has focused on plant biology, animal biology, as well as gene expression in various plant and animal tissues and in cell culture. I was an associate editor of Plant Molecular Biology Reporter. I have published numerous peer-reviewed articles relating to plant and animal cell biology and gene expression, including studies using apple and peach model systems. I have authored and co-authored contributions to books regarding gene expression in plants and have likewise authored encyclopedia articles on similar subject matter. Since 1993 I have authored five editions of a well-regarded book on gene expression, published by one of the most highly regarded scientific publishers in the world. I have a history of national and international conference attendance and research presentations, some of which are by invitation only. In 2014, I was one of two invited keynote speakers regarding stem cell technology. My scholarship record and visibility among my peers nationally and international supported my promotion to the rank of full professor at my current institution.

**PRELIMINARY OPINIONS:**

I have been asked to offer preliminary expert opinions on certain issues relating to the Cel MD products and marketing materials. My opinions are based on publicly available materials that were provided to me, and I reserve the right to amend any opinions stated in this report to the extent that

1

additional records become available. **The following are my opinions in the case followed by my rationale for those opinions:**

**1. The Basics: What a is stem cell and what is its function?**

1.1 **What is the role of a stem cell?**

A stem cell is a unique cell type which may best be described as uncommitted or unspecialized, meaning that when given the proper stimulation or environmental cues, it can become specialized (committed or, more scientifically, differentiated) to form any type of cell and tissue that the organism may require, whether for growth or for damage repair. One of the unique properties of stem cells is that, when they divide in an organism or in a laboratory environment, one of the resulting cells usually differentiates into a specialty cell that the organism needs, while the other product of that cell division is another stem cell. This asymmetrical cell division is unique in that the two daughter cells are not identical and thereby provides a means by which the stem cell is self-perpetuating. Because stem cells can differentiate into literally any cell type that the organism needs, they are said to have the quality of totipotency, or are simply said be totipotent. Stem cells are found throughout the animal and plant kingdoms.

1.2 **Where are plant stem cells found?**

In plants, stem cells are found in the meristematic tissue and in the cambium. Meristematic tissue is found in above-ground (aerial) tissue wherever a stem or branch is expanding (shoot apical meristem) and also below ground at the rapidly growing tips of roots (root apical meristem); stem cells are also known to be present in the cambium, an area for plant growth that is in proximity to the plant vascular tissue that carries water and dissolved compounds (xylem and phloem, respectively). For many years, the successful recovery of plant stem cells eluded researchers, though this difficulty has been overcome. The ability to artificially culture plant stem cells in a manner that is not dependent on seasonal growth cycles, and the ability to harvest one or more components of these cells, has been of great pharmaceutical benefit, an example of which is paclitaxel[1], and sold under the brand name Taxol. It is important to note that maintaining the viability of stem cells (or any cells) in a laboratory requires maintain very specific environmental conditions and as well as nutritional support within very narrow parameters. Deviations from these well-defined conditions will not keep those cells alive.

1.3 **Obtaining stem cell products**

Unless a natural compound of a stem cell is secreted (exported) by the cell, it is necessary to break

---

[1] Lee EK, Jin YW, Park JH, Yoo YM, Hong SM, Amir R, Yan Z, Kwon E, Elfick A, Tomlinson S, Halbritter F, Waibel T, Yun BW, Loake GJ (November 2010). "Cultured cambial meristematic cells as a source of plant natural products". Nature Biotechnology. 28 (11): 1213–7. doi:10.1038/nbt.1693. PMID 20972422.

open (lyse) the cell. Owing to the fact the plant cells possess a formidable cell wall, which is not observed in animal cells, fairly aggressive methods are needed to break open the cell. It should be noted that not all cells secrete everything they synthesize. Following lysis, the numerous components of the now-ruptured cell undergo a series of purification procedures in order to isolate the desired component(s).

2. **Cel MD Clinical Trial Claims**

**Concerns about the credibility of scientific claims.**

I have reviewed a "one sheet" from Cel MD titled "The Science Behind Our Hair Formula" which describes a "clinical trial" and am concerned about the credulity of some of the scientific claims as well as the lack of objective data, as follows:

   a. Subsection 2 states, "…combined with expertly selected nutrient-rich ginseng and asparagus stem cells…." This claim strongly implies that stem cells are present in the product formulation.

   b. Subsection 3 reports that the clinical trial consisted of only "88 people." This is a surprisingly low number of participants. Bona fide clinical trials take a great deal of time generate enough data to demonstrate the efficacy of a product.

   c. Subsection 3 (methodology) states, "All volunteers were asked to use it twice daily for 8 weeks" and that the trial lasted for "16 weeks." This implies that there were two groups of 44 participants (supported by the graphic) who tested the Cel MD product and the control (placebo) product independently and at different times. The two groups should have been testing the products at the same time. It is known that hair grows faster at certain times of the year. The prevailing weather (temperature and humidity) could also have influenced the outcome.

   d. The assessment box, also found in subsection 3, does not make clear the difference between "total amount of hair" and "quantity of hair."

   e. Subsection 3 (methodology) should have included more than one control group. It would have been far more convincing to compare the Cel MD product to multiple competitor products rather than just one. The concern would be if the "placebo" group reported in this study used one of the worst-performing products currently on the market.

   f. In subsection 4: The box entitled "Average Volunteer before CEL Product Test" states "regular hair fall noticed." It is important to realize that regular hair fall is normal and not a sign of encroaching permanent hair loss.

   g. Subsection 5: This section states, "Clinical Results: Over 90 days 100 US based volunteers concluded that their hair thickness improved from a rating 2.8/5 (average) to 4.2/5 (average) and their hair coverage improved from 2.6/5 to 4.2/5." Since the "volunteers concluded," this means that the results (a claimed favorable outcome of the Cel MD

3

    products) were self-reported (subjective). Without an objective measure, these results are wholly unacceptable from a scientific point of view. This is a major flaw in the study.

  h. Subsection 5: The document reads, "Using products with asparagus stem cells helps increase the chance of healthy and thick hair." However, the journal article to which the document points (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6163201/) does not use the word "asparagus" even once. Rather, the article is about the use of ginseng on the promotion of hair growth (and it is a review-type article). So, this claim is not backed the scientific evidence it purports.

  i. In the arginine section the "reference" to which the document points is not a scientific report but rather a dot-com (.com) site that appears to support the use of amino acids (the building blocks of proteins) to promote hair growth. On that web site, the "reference" to the source of the information about the value of arginine is a book that is itself a series of reviews rather than primary literature.

  j. This clinical trial sheet contains many typographical errors which, in my mind, further undermine the credibility of many of the claims made in this document.

### 3. Claimed Efficacy of Stem Cells in Cel MD Products

3.1 The stem cell technology Cel MD utilizes appears to rely on dead plant stem cells that have been processed and turned into extract, not live stem cells, and thus they cannot be effective for hair loss or skin care. I come to this conclusion based on my review of the ingredient list for some of these products. If indeed the cells are alive, then one should be able to recover them from Cel MD products and cultivate them or, at a minimum, observe them microscopically.

3.2 On one page of their website, the Cel MD Defendants cite an article in a journal called Future Science OA titled "Plant stem cells in cosmetics: current trends and future directions" by Sonia Trehan, Bozena Michniak-Kohn, and Kavita Beri. The Cel MD Defendants describe this article on their website as a "[s]tudy showing the potential benefits of stem cells for combating hair loss."[2] But the article cited[3] is a "special report", meaning that it is a review-type article rather than an original scientific contribution.

The Trehan article states that: "In fact, almost all cosmetic companies advertising to contain stem cells in their products actually contain stem cell extracts and not the live stem cells. Although research on plant stem cells used in skin care reveals their potential as skin protectives, antiaging and antiwrinkle products, the actual stem cells in cosmetic formulations are already dead. Extracts from stem cells cannot act in the same way as the live stem cells. Claimed benefits of smooth and

---

[2] Cel.Md, https://www.cel.md/pages/wg-shampoo-conditioner-1.
[3] Trehan, S., B. Michniak-Kohn, and K. Beri. 2017. Plant stem cells in cosmetics: current trends and future directions. Future Sci. OA **3(4)**, FSO226 [https://www.future-science.com/doi/full/10.4155/fsoa-2017-0026]

firm skin are due to antioxidants and active extracts from stem cells. To gain all the authentic benefits from stem cells and to let them work the way they are promised to in skin care applications, they need to be incorporated as live cells and should remain so while in the cosmetic formulation."

I agree with this conclusion, and in my opinion, the Cel MD products contain dead stem cells, not live ones. The stem cells were undoubtedly destroyed (broken open, or lysed) as a result of mixing the ingredients which comprise the product formulation. For example, one ingredient of Nanotech Lash & Brow Growth Serum, triethanolamine, has many uses including being a component of household detergent formulations[4]. It is difficult to envision how such a formulation could maintain cell viability. A similar example is the inclusion of potassium sorbate[5] in Microstem Dandruff Cleansing & Thickening Shampoo[6]; potassium sorbate is a preservative which is used to prevent cell growth / viability in a product to which it is added.

3.3 The "plant stem cells" used in the Cel MD products are not live cells, and as such are not effective, do not provide benefits to consumers, and do not function in the way that a live stem cell would. This is supported by many of the published advertisements for Cel MD products (https://www.cel.md/). For example:

   a. Nanotech Stem Cell Facemask lists as an ingredient "Panax Ginseng Stem xbact" [*sic*], which presumably means 'Extract'.

   b. MicroStem Hair Stimulating Shampoo lists as ingredients "Malus Domestica Stem Cell Extract," and "Iris Pallida Stem Cell Extract."

   c. MicroStem Hair Stimulating Conditioner lists as ingredients "Malus Domestica Stem Cell Extract," and "Iris Pallida Stem Cell Extract."

   d. Nanotech Lash & Brow Growth Serum lists as an ingredient "Ginseng Meristem Stem Cell."

3.4 I am also concerned that in related advertisements for Cel Md products, there are consistent incorrect usages of the scientific names of organisms from which stem cells and other cell components are reported to have been derived. It is scientifically correct, and well known, that the first letter of the name of a genus is always capitalized while the first letter of the name of species always appears in lower case. In the various public Cel MD advertisements that I reviewed this convention was widely disregarded.[7] For example, *Malus domestica* (apple) appears as Malus Domestica, *Asparagus officinalis* (asparagus) appears as Asparagus Officinalis, *Iris pallida* (iris) appears as Iris Pallida, and *Panax ginseng* (ginseng) appears as Panax Ginseng. This glaring error suggests that the product claims were not scientifically reviewed prior to their publication, or

---

[4] https://pubchem.ncbi.nlm.nih.gov/compound/7618#section=Cellular-Locations
[5] https://chem.nlm.nih.gov/chemidplus/rn/590-00-1 (accessed in 10-16-19)
[6] https://www.cel.md/dandruff-shampoo.php (accessed in 10-16-19)
[7] Cel.Md, https://www.cel.md/pages/ingredients-alti.

5

perhaps at all. It further casts doubt on the credibility of the science behind the development of these products.

3.5 It appears likely that any use of stem cells by Cel MD involves the cultivation of plant stem cells as a means of mass producing them, as opposed to the isolation of the desired cells from whole plants when needed. Growing specific types of cells in a bioreactor is commonplace, it does not change the fact that the cells need to be processed during the formulation of a cosmetic. It is widely reported in the current literature[8] the plant cell extracts (including plant stem cell extracts), and not live plant stem cells, are responsible to the results observed by the use of various cosmetics.

3.6 Cells of interest, including stem cells, can be isolated directly from an organism, after which the cells can be economically propagated on a very large, industrial scale. This manufacturing process is a more advanced method of replicating traditional ingredients—but it does not change the capacity of the active chemical ingredients of cosmeceutical formulations to destroy living cells, especially with prolonged exposure (shelf life of the product).

3.7 I have also reviewed a Facebook comment from Cel MD describing the alleged use of plant exosomes in their products.[9]



Exosomes are a type of vesicle, a particle that is released from a cell to carry "cargo" outside of the cell membrane and, in the case of plant cells, outside the cell wall. Exosomes are not cells. They are spherical structures that "pinch off" a cell and encapsulate various types of molecules for transport from one part of an organism to another. An important distinction is that exosomes, unlike stem or other cells, do not have organelles and therefore are unable to perform any of the

---

[8] Eibl, R., P. Meier, I. Stutz, D. Schildberger, T. Hühn, and D. Eibl. (2018). Plant cell culture technology in the cosmetics and food industries: current state and future trends. *Applied Microbiology and Biotechnology* **102(20)**, 8661–8675. doi:10.1007/s00253-018-9279-8
[9] Cel MD Facebook Page, https://www.facebook.com/watch/?v=806688903035987

6

vital functions associated with living cells. It appears that an earlier posting was later modified to remove references to exosomes. This theme is reiterated in an advertisement[10] for Microstem Hair Stimulation Formula that states, "The purpose of the trial was to see the characteristics of the ingredient (asparagus stem vesicle at 5.5%), and how it affected hair growth, follicle stimulation, and maintenance of healthy, thicker hair." This would appear to verify that vesicles, and not living stem or other cells, are present.

3.8 An advertisement on the Cel MD website stated, "There, the new stem cells are cloned into new stem cell peptides, and then inserted into the mask."[11] This sentence does not make any sense. To clone something means to create an identical copy of a cell or a gene. The sentence as written is scientifically incorrect.

3.9 This web page also contains a claim pertaining to the use of human stem cells from volunteer donors. If human stem cells are involved, the company should have included some type of information in which they disclose the processes by which they test for and eradicate any biohazards, *e.g.* viruses, to which humans are susceptible.

3.10 I reviewed an advertisement for "Microbiome Harmonious Skin Pack" in which it is advertised, "Scientists in Korea have recently developed new super bacteria that could help restore the natural balance of good bacteria on your skin." In my opinion, this statement can mean one of two things: (a) some form of a genetically-modified bacterium has been created for the formulation of this product. Genetic modification of prokaryotic organisms *i.e.* bacteria, is commonplace and would hardly qualify as super bacteria, or (b) the product is formulated to restore the balance of naturally-occurring bacteria on the skin (the microbiome) of the user through the incorporation of various combinations of pre- and probiotics. In either case, the creation/inclusion of "super bacteria" is not an accurate scientific description.

This report reflects my opinions based on the currently available materials, and I am happy to provide additional analysis to the extent additional records become available.

Sincerely,

*Robert E Farrell*
Robert E. Farrell, Jr., Ph.D.

---

[10] https://stemcellmdtech.myshopify.com/blogs/news/revealed-plant-stem-cells-are-the-answer-to-hair-loss (accessed on 10-15-19)

[11] Cel.MD, https://www.cel.md/products/4x-stem-cell-face-masks-one-month-supply-fbdg (last visited July 7, 2019); *see also* https://www.cel.md/collections/all/shopifydiscount (last visited July 7, 2019).