# EXHIBIT 2

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
Kneupper & Covey, PC
4475 Peachtree Lakes Dr.
Berkeley Lake GA 30096
512-420-8407

*Attorney for Plaintiff Jules Vanden Berge and the putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES VANDEN BERGE,<br><br>           Plaintiff,<br><br>      vs.<br><br>CHRISTOPHER MASANTO, ANDREW MASANTO, ALTITUDE ADS LIMITED, BLOOMING INVESTMENTS LIMITED, and AMPLIFY LIMITED,<br><br>           Defendant(s) | Case No.:<br><br>**DECLARATION OF KEVIN M. KNEUPPER RE: VENUE PURSUANT TO CAL. CIV. CODE § 1780(d)** |

I, Kevin M. Kneupper, do hereby declare as follows:

    1.    I am a partner at Kneupper & Covey PC, counsel of record for Plaintiff Jules Vanden Berge. I am licensed to practice law in the States of California and Texas. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

    2.    Venue is proper in this Court because Defendants are doing business in the County of San Diego, CA by selling and delivering their products there and the transactions

at issue (the sale to Plaintiff Jules Vanden Berge) also occurred in the County of San Diego, CA.

I declare and state under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 17th day of March, 2020 in Glendale, California.

                                                        Kevin M. Kneupper, Esq.
                                                        Declarant