**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
321 N. Orange St. #306
Glendale, CA 91203
Tel:512-420-8407

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES VANDEN BERGE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER MASANTO, ANDREW MASANTO, ALTITUDE ADS LIMITED, BLOOMING INVESTMENTS LIMITED, and AMPLIFY LIMITED<br><br>　　　　Defendants | Case No.: 3:20-cv-509<br><br>**NOTICE OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT AMPLIFY LIMITED** |

　　PLEASE TAKE NOTICE that, enclosed herewith, is the proof of service of summons and complaint upon Defendant AMPLIFY LIMITED, reflecting that service was completed on April 3, 2020, by personal service upon Defendant's designated agent, Agents for Delaware Corporations Inc.., which is currently Defendant's registered agent according to the Delaware Department of State Division of Corporations.

NOTICE OF SERVICE - 1

Dated this 9th Day of April, 2020

/s/ Kevin Kneupper /s/

Kevin Kneupper
Attorney for Plaintiff

NOTICE OF SERVICE - 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Kevin Kneupper SBN 325413<br>kneuppercovey<br>321 N. Orange St. 306<br>Glendale, CA 91203<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>(512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| Southern District San Diego<br>333 W. Broadway<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Vanden Berge, Jules v. Masanto, Christopher | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>20cv509-H-BGS |
| **Declaration of Service** | | Ref. No. or File No:<br>0000 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Summons;**

On: **Amplify Limited**  By Serving Agents for Delaware Corporations, Inc., Agent for Service

I served the summons at:

**310 Alder Rd Box 841  Dover, DE 19904**

On: **4/3/2020**          Date: **02:38 PM**

In the above mentioned action  by substituted service and leaving with
**Karen Slicum - drop served  -  Agent for Agents for Delaware Corporations, Inc.**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Sharlene Brooks**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **250.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

_____
Sharlene Brooks                        Date: 04/03/2020

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**Kevin Kneupper SBN 325413**<br>**kneuppercovey**<br>**321 N. Orange St. 306**<br>**Glendale, CA 91203**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| Southern District San Diego<br>333 W. Broadway<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Vanden Berge, Jules v. Masanto, Christopher | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>20cv509-H-BGS |
| **Declaration of Diligence** | | Ref. No. or File No:<br>0000 |

United States District Court

Person to Serve: **Amplify Limited**

Documents Received: **Complaint; Summons;**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| Mar 31 2020 | 01:50 PM | 310 Alder Rd Box 841, Dover, DE 19904; The address given is not valid for subject. Per Karen Slacum at Agents for Delaware Corporations, she refused service as they have not paid their registered agent fees since 2/6/2018, and she is no longer obligated to forward on their behalf. |
| Apr 03 2020 | 02:38 PM | 310 Alder Rd Box 841, Dover, DE 19904; Sub-Served on person in charge-drop served-was advised that Delaware Corps no longer obligated to accept |

Person attempting service:

a. Name: **Sharlene Brooks**
b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **250.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**RAPID LEGAL®**

*Sharlene Brooks* (signature)         Date: 04/03/2020

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kevin Kneupper SBN 325413**<br>kneuppercovey<br>321 N. Orange St. 306<br>Glendale, CA 91203<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |
| Southern District San Diego<br>333 W. Broadway<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Vanden Berge, Jules v. Masanto, Christopher | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>20cv509-H-BGS |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>0000 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **04/03/2020**, I served the within:
**Complaint; Summons;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Amplify Limited**
**310 Alder Rd Box 841  Dover, DE 19904**

Declarant:

   a. Name: **Krystal Barrios**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **250.50**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Krystal Barrios                               Date: **04/09/2020**