JAIKARAN SINGH, CA Bar No. 201355
    jsingh@foley.com
MIKLE S. JEW, CA Bar No. 316372
    mjew@foley.com
**FOLEY & LARDNER LLP**
11988 El Camino Real, Suite 400
SAN DIEGO, CA 92130
Telephone:   858.847.6700
Facsimile:    858.792.6773

Attorneys for Defendants Christopher Masanto, Andrew Masanto, Altitude Ads Limited, Blooming Investments Limited, and Amplify Limited

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES VANDEN BERGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MASANTO, ANDREW MASANTO, ALTITUDE ADS LIMITED, BLOOMING INVESTMENTS LIMITED, AND AMPLIFY LIMITED,<br><br>Defendants. | Case No. 3:20-cv-00509-H-DEB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JACK NICOLL IN SUPPORT OF AMPLIFY LIMITED'S MOTION TO COMPEL ARBITRATION AND DISMISS CLAIMS**<br><br>**Date:**     September 8, 2020<br>**Time:**    10:30 a.m.<br>**Ctrm:**    15A (15th Floor)<br>**Judge:**  Hon. Marilyn L. Huff<br><br>Complaint Filed:   March 17, 2020<br>Trial:                      None |

I, Jack Nicoll, hereby declare:

1.  I am Product Manager for Altitude Ads Limited ("Altitude"), a United Kingdom corporation headquartered in London, England.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify truthfully and competently thereto.

2.  I am submitting this declaration in connection with Amplify Limited's ("Amplify") Motion to Compel Arbitration.  Altitude is the parent company of Amplify.

3.  I have held the position of Product Manager from June 2016 to the present.

4.  Part of my responsibilities as Product Manager is to oversee and manage the Cel brand of hair care and skin care products that are manufactured and sold by Amplify, including through the www.cel.md website.  Amplify is identified on the packaging of all Cel products.

5.  Because of these duties, I have access to and I am familiar with Amplify's sales information and records, which are kept in the ordinary course of business.  Based on my review of these business records, I am familiar with the agreement and customer history described in this declaration.

6.  The www.cel.md website is operated by Amplify.  Product purchases made through the www.cel.md website are governed by certain Terms of Use and Conditions of Sale ("TOUs").  The TOUs are a binding agreement between product purchasers and Amplify.  Amplify's TOUs have contained an arbitration agreement and class action waiver in the current form since early January 2019.  Attached as **Exhibit A** is a true and correct copy of the current TOUs, which have remained substantially the same since January 2019.  The arbitration agreement contained in the TOUs, and in all subsequent versions of the TOUs, has contained substantially similar language.

7.  When making any product purchase through the www.cel.md website using the checkout page, customers must click check a box next to which the page states: "I agree to the Terms of Use and Conditions of Sale and Privacy Policy" in order to proceed with their purchase.  Attached as **Exhibit B** is a true and correct copy of an example of

the checkout page. It shows that to complete a purchase, customers must check a box accompanied by text explaining that they "agree to the Terms of Use and Conditions of Sale and Privacy Policy." The text denotes hyperlinks to the full contract terms. A customer cannot place an order through www.cel.md website without affirmatively clicking the box assenting to the TOUs. A customer who does not wish to accept the TOUs or the arbitration agreement contained in them may cancel her purchase transaction. Even if a customer purchases a product, he or she has the ability to opt-out of the arbitration provision within 30 days after the product purchase.

8. Jules Vanden Berge became an Amplify customer on or about February 28, 2019, when she purchased shampoo and conditioner hair care products. When doing so, Ms. Vanden Berge accepted the TOUs on the standard checkout page in the product ordering process on the www.cel.md website. She could not have purchased product without doing so. On March 31, 2019, Plaintiff purchased more shampoo and conditioner hair care product. Despite the fact that Ms. Vanden Berge never opted-out of the arbitration provision, she has filed this consumer class action lawsuit.

I declare under penalty of perjury under the laws of the United States and England that the foregoing is true and correct and that this declaration is executed this 16th day of July, 2020, at London, England.

_____
Jack Nicoll

## TABLE OF CONTENTS OF EXHIBITS

| Exhibit | Description | Page Nos. |
|---|---|---|
| A. | Terms of Use and Conditions of Sale | 5-16 |
| B. | "Checkout" Process Page | 17-20 |

000004