JAIKARAN SINGH, CA Bar No. 201355
  jsingh@foley.com
MIKLE S. JEW, CA Bar No. 316372
  mjew@foley.com
**FOLEY & LARDNER LLP**
11988 El Camino Real, Suite 400
SAN DIEGO, CA 92130
Telephone:   858.847.6700
Facsimile:   858.792.6773

Attorneys for Defendants Christopher Masanto, Andrew Masanto, Altitude Ads Limited, Blooming Investments Limited, and Amplify Limited

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES VANDEN BERGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MASANTO, ANDREW MASANTO, ALTITUDE ADS LIMITED, BLOOMING INVESTMENTS LIMITED, AND AMPLIFY LIMITED,<br><br>Defendants. | Case No. 3:20-cv-00509-H-DEB<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**Ctrm:**     15A (15th Floor)<br>**Judge: Hon. Marilyn L. Huff**<br><br>Complaint Filed:   March 17, 2020<br>Trial:                     None |

4827-1779-9106.1

Case No. 3:20-cv-00509-H-DEB

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2, the undersigned counsel certifies that as of this date:

1. Defendant Blooming Investments Limited ("Blooming") has no parent corporation;

2. Defendant Blooming is the parent corporation of Altitude Ads Limited ("Altitude");

3. Defendant Altitude is the parent corporation of Defendant Amplify Limited ("Amplify"); and,

4. No publicly held company owns 10% or more stock of Blooming, Altitude or Amplify.

These representations are made solely to enable the Court to evaluate possible disqualification or recusal.  By filing this Notice of Party with Financial Interest, Defendants do not waive any defenses under Rule 12(b) of the Federal Rules of Civil Procedure or that they may otherwise raise or have by a responsive pleading or otherwise.

DATED: July 16, 2020

**FOLEY & LARDNER LLP**

*s/ Jaikaran Singh*
Jaikaran Singh

Attorneys for Defendants Christopher Masanto, Andrew Masanto, Altitude Ads Limited, Blooming Investments Limited, and Amplify Limited
Email: jsingh@foley.com